IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-19-0036 |
| TYESHAWN RIVERS, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Tyeshawn Rivers' Motion to Reduce Sentence Pursuant to Amendment 829 to the U.S. Sentencing Guidelines ("Amendment 829"). (ECF No. 1536.)

Amendment 829 amended U.S.S.G. § 5H1.1 to state that a downward departure may be warranted "due to the defendant's youthfulness at the time of the offense or prior offenses." However, the Amendment was not made retroactive. *See United States v. Blair*, Crim. No. 20-363-MOC, 2025 WL 320949, at *2 (W.D.N.C. Jan. 28, 2025); *United States v. Mahone*, Crim. No. 12-27, 2025 WL 495376, at *8 (W.D. Va. Feb. 13, 2025). Thus, Amendment 829 cannot form the basis of a reduction in Defendant's sentence. And, in any event, the Court *did* consider Defendant's age when it sentenced him. (*See* ECF No. 1463 (sentencing transcript reflecting the Court explaining that "[t]his is a variant sentence. The reason for the downward variance is, first, the defendant's minimal prior criminal history; second, the defendant's age at the time of the offense; number three, the extreme deprivation that the defendant suffered during his adolescent development.").)

Accordingly, it is ORDERED that that Defendant's Motion (ECF No. 1538) is DENIED.

DATED this __18__ day of April, 2025.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
United States District Judge
